**Terry L. COURTNEY, Appellant**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Prison ex rel., Health Services, Deb Cutshall, Dr. Naji, Medical Director, Corrections Health Care Administrator, Debra Younkin, all Individuals and in their Official Capacity, Appellees.**

Supreme Court of Pennsylvania.

Jan. 18, 2011.

### ORDER

PER CURIAM.

**AND NOW,** this 18th day of January, 2011, the Order of the Commonwealth Court is hereby **AFFIRMED.**